*Held 2 hours & 30 mins.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

December 16, 2003

2:00 p.m.

CASE NO. 3:01CV633 (RNC)   Mulligan v. Mossman

COUNSEL OF RECORD:

| | |
|---|---|
| Richard J. Buturla | Berchem, Moses & Devlin, P.C.<br>75 Broad St.<br>Milford, CT 06460<br>203-783-1200<br>203-878-4912 (fax)<br>rbuturla@bmdlaw.com |
| Warren L. Holcomb ✓ | Berchem, Moses & Devlin, P.C.<br>75 Broad St.<br>Milford, CT 06460<br>203-783-1200 |
| John R. Williams<br>*Tim Mahoney ✓* | Williams & Pattis<br>51 Elm St., Ste. 409<br>New Haven, CT 06510<br>203-562-9931<br>203-776-9494 (fax)<br>jrw@johnrwilliams.com |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK