UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE MULLIGAN, | : |
| Plaintiff, | : |
| V. | : CASE NO. 3:01CV633 (RNC) |
| SHERRI LYNORE MOSSMAN, EXECUTRIX, ET AL., | : |
| Defendants. | : |

PRETRIAL ORDER

It is hereby ordered:

1. Trial will commence with jury selection on **September 14, 2004,** at 9:00 a.m.

2. Presentation of evidence will begin as soon as possible following jury selection. Other cases are set for jury selection on the same day as this one. Consequently, presentation of evidence in this case might be delayed.

3. Counsel will be notified of the date for the final pretrial conference. The lawyers who will try the case must attend the conference.

4. The date set forth in this order will not be extended except in unusual circumstances pursuant to a written motion demonstrating good cause filed not later than <u>five</u> days before the date in question.

So ordered.

Dated at Hartford, Connecticut this ____ day of May 2004.

_____/s/RNC_____
Robert N. Chatigny
United States District Judge