FILED

2004 JUN -4 A 7

U.S. DISTRICT CO
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGE MULLIGAN          :

v.                       :          No. 3:01CV633(RNC)

CHIEF ROBERT E. MOSSMAN, ET AL. :   JUNE 2, 2004

APPEARANCE

Please enter the appearance of **Richard J. Buturla, Esq**. of Berchem, Moses & Devlin, PC., 75 Broad Street, Milford, Connecticut 06460, Federal Bar #CT13127, for the substituted party, **Sheri Lynore Mossman, Executrix of the Estate of Robert E. Mossman**.

Richard J. Buturla, Esq.
Berchem, Moses & Devlin P.C.
75 Broad Street
Milford, Connecticut  06460
Fed. I.D. #ct05967
Tel: (203) 783-1200
Fax: (203) 878-4912
E-mail: rbuturla@bmdlaw.com

1

## CERTIFICATION

This is to certify that the foregoing APPEARANCE has been hand delivered this date via U.S. mail to the following counsel of record:

John Williams, Esquire
Williams & Pattis, LLP
51 Elm Street
New Haven, CT 06510

_____
Richard J. Buturla, Esq.
Commissioner of the Superior Court

2