UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE MULLIGAN | : | |
| | : | |
| VS. | : | NO. 3:01CV633(RNC) |
| | : | |
| CHIEF ROBERT E. MOSSMAN, | : | |
| SGT LOSCHIAVO, OFFICER | : | |
| CAPOZZI AND CORPORAL EVANS | : | AUGUST 20, 2004 |

### JOINT RULE 16 REPORT

I.   **Trial Readiness**

**After conferring, the parties agree that this case is trial ready. Further, the parties do not believe any further pre-trial proceedings, either by way of motion or conference with a magistrate judge, will assist in the orderly presentation or settlement of this case.**

II.   **Trial Time**

**The parties agree that the evidence in this case will be presented in no more than two trial days.**

III.   **Stipulations of Fact**

1.   **On December 15, 1998, the plaintiff was, without a warrant, issued a summons to appear in court on a misdemeanor charge of disorderly conduct.**

2. The misdemeanor summons to appear was issued at the request or direction of Chief Robert Mossman of the Stratford Police Department.

3. The misdemeanor summons was issued by the defendant Sergeant LoSchiavo who was accompanied by Officer Capozzi and Corporal Evans, all of whom were Stratford police officers.

4. In performing these acts, Mossman, LoSchiavo, Capozzi and Evans all were acting under color of law.

5. The plaintiff appeared in the Superior Court at Bridgeport on the disorderly conduct misdemeanor charge.

6. The plaintiff was represented by attorneys in his defense in the Bridgeport court.

7. The charge against the plaintiff was nolled by the prosecuting attorney on December 31, 2000.

IV. Evidentiary Issues

The parties request that such evidentiary issues as are reflected in the Joint Trial Memorandum be resolved at the time of trial after the parties have had an opportunity to lay a proper evidentiary foundation.

V. Other Issues

The parties do not foresee other evidentiary or legal issues likely to complicate the presentation of this case as the remaining claims are clearly set forth in the trial court's ruling on summary judgment.

THE PLAINTIFF

BY:_____
        **Joseph Merly**
        Williams and Pattis, LLC
        51 Elm St., Suite 409
        New Haven, CT 06510
        203.562.9931
        203.776.9494 (fax)


BY:_____
        **Richard Buturla**
        Berchem, Moses & Devlin, P.C.
        75 Broad Street
        Milford, CT 06460
        203.783.1200
        203.878.2235