UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FINAL PRETRIAL CONFERENCE CALENDAR
HONORABLE Robert N. Chatigny, U.S.D.J.
450 Main Street
Hartford
CHAMBERS ROOM 135-ANNEX

Sept. 2, ~~August 24,~~ 2004
11:00 ~~10:00~~ A.M.

IMPORTANT NOTICE

PLEASE READ THIS NOTICE CAREFULLY

PURSUANT TO FED. R. CIV. P. 16, THE COURT HEREBY DIRECTS TRIAL COUNSEL FOR THE PARTIES AND ANY UNREPRESENTED PARTIES TO APPEAR FOR A PRETRIAL CONFERENCE. AT THAT CONFERENCE, ACTION MAY BE TAKEN WITH RESPECT TO THE MATTERS LISTED IN FED. R. CIV. P. 16(c). AT LEAST TEN DAYS PRIOR TO THE CONFERENCE, TRIAL COUNSEL FOR THE PARTIES AND ANY UNREPRESENTED PARTIES MUST CONFER IN PERSON OR BY TELEPHONE CONCERNING MATTERS LISTED IN FED. R. CIV. P. 16(c). A REPORT OF THE MATTERS DISCUSSED BY THE PARTIES MUST BE JOINTLY PREPARED AND SUBMITTED TO CHAMBERS NOT LATER THAN 72 HOURS BEFORE THE RULE 16 CONFERENCE WITH THE COURT. THE REPORT ORDINARILY SHOULD NOT EXCEED THREE PAGES. IF THE PARTIES REPORT THAT THE CASE IS READY FOR TRIAL, THE CONFERENCE MAY BE CONDUCTED AS A FINAL PRETRIAL CONFERENCE FOR THE PURPOSES DESCRIBED IN FED. R. CIV. P. 16(d).

FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN INVOLUNTARY DISMISSAL OF THE COMPLAINT PURSUANT TO FED. R. CIV. P. 41(b) OR ENTRY OF A DEFAULT.

CASE NO. 3:02CV633(RNC)   Mulligan v. Mossman
Richard J. Buturla
Warren L. Holcomb
Berchem, Moses & Devlin, P.C.
75 Broad St.
Milford, CT 06460

John R. Williams
Williams & P
51 Elm St., Ste. 409
New Haven, CT 06510

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK