HONORABLE C. Nevas

DEPUTY CLERK L. Kunofsky   RPTR/ERO/TAPE D. Warner

TOTAL TIME: 2 hours 05 minutes

DATE 9-14-04   START TIME 9:35   END TIME 11:40
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____   (if more than 1/2 hour)

George Mulligan   CIVIL NO. 3:01CV633(RNC)

vs.   T. Mahoney
   Plaintiffs Counsel

Mossman, et al.   ☐ SEE ATTACHED CALENDAR FOR COUNSEL

   W. Holcomb
   Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ........ ☐ (call./h) Call of the Calendar held ☐ (call./set) Call of the Calendar over to _____
☑ ........ ☑ (jyselect./h) Jury Selection held ☐ Jury Selection continued until _____
☐ ..... # Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... # Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... # Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... # Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ........ _____   ☐ filed ☐ docketed
☐ ........ _____   ☐ filed ☐ docketed
☐ ........ _____   ☐ filed ☐ docketed
☐ ........ _____   ☐ filed ☐ docketed
☑ ........ __41__ # jurors present
☑ ........ Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☑ ........ Voir Dire by Court
☑ ........ Peremptory challenges exercised (See attached)
☑ ........ Jury of __8__ drawn (See attached) ☐ and sworn ☐ Jury Trial commences
☑ ........ Remaining jurors excused
☐ ........ Discovery deadline set for _____
☐ ........ Disposition Motions due _____
☐ ........ Joint trial memorandum due _____
☑ ........ Trial continued until 9-20-04 at 9:30

☑ COPY TO: JURY CLERK

(CD.10-Rev. 9/92)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mulligan

v.

Masoman, et al.

CASE NO. 3:01CV633(RNC)

## CIVIL CHALLENGES

1. <u>Ensminger, Robert, # 190</u>

2. <u>Fromer, Carole, # 204</u>

3. <u>Kallenbach, Joanne # 151</u>

4. <u>McCusker, Ellen, # 165</u>


_____
**COUNSEL FOR PLAINTIFF(S)**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(CD 10 Rev 9/92)

Mulligan
v.
Massman, et al.

CASE NO. 3:01CV633(RNC)

## CIVIL CHALLENGES

1. _160_

2. _268_

3. _165_

4. _151_

_____
COUNSEL FOR DEFENDANT(S)

# Judge's List

Judge: **ROBERT N. CHATIGNY**  
Event: **3:01CV633 (RNC)**  
Description: **MULLIGAN V. MOSSMAN**

Date: **9/14/04**  
Time: **8:41 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 1 | 100242496 | 01-0168 | RYIZ, PATRICIA A — AVON — ADMINISTRATIVE COORDINATOR | J-1 |
| 2 | 100179998 | 01-0190 | ENSMINGER, ROBERT J — WINSTED — EXECUTIVE | PP |
| 3 | 100188677 | 01-0200 | SADECKI, SUSAN DARLENE — HARWINTON — DIR OF BUSINESS DEVELOPMENT | J-2 |
| 4 | 100222182 | 01-0268 | JONES, MICHELLE — NEW BRITAIN — ADMINISTRATIVE ASSISTANT | DP |
| 5 | 100212217 | 01-0204 | FROMER, CAROLE S — SOUTH GLASTONBURY — MAIL ORDER DISTRIBUTOR | PP |
| 6 | 100218217 | 01-0178 | YIN, ZHIWEI — GLASTONBURY — CHEMIST | J-3 |
| 7 | 100192122 | 01-0201 | WILCOXEN, JUSTIN J — ROCKY HILL — COMPUTER PROGRAMMER | J-4 |
| 8 | 100230288 | 01-0159 | BLANCHETTE, ALBERT D — SOUTHINGTON — FORK LIFT OPERATOR | J-5 |
| 9 | 100231631 | 01-0165 | MCCUSKER, ELLEN M — TERRYVILLE — CLERICAL | PP/DP |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Judge: **ROBERT N. CHATIGNY**  
Event: **3:01CV633 (RNC)**  
Description: **MULLIGAN V. MOSSMAN**

Judge's List

Date: **9/14/04**  
Time: **8:41 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 10 | 100188081 | 01-0194 | **ZABEL, JENNIFER A** <br> BRISTOL <br> SERVER/OWNER/OPERATOR CLEANING SVC. | CP |
| 11 | 100229680 | 01-0160 | **CHIKAR, SUSAN M** <br> NEW BRITAIN <br> CASHIER | DP |
| 12 | 100220590 | 01-0182 | **MCMULLIN, DAVID C** <br> MANCHESTER | CP |
| 13 | 100243367 | 01-0188 | **CYR, MARK A** <br> PLANTSVILLE <br> MACHINIST | J-6 |
| 14 | 100222627 | 01-0161 | **NWANKPAH, GODWIN O** <br> WINDSOR <br> RETIRED PROJECT MANAGER | J-7 |
| 15 | 100242194 | 01-0187 | **ANDERSON, DAVID D** <br> AVON <br> MATH TEACHER | CP |
| 16 | 100189911 | 01-0151 | **KALLENBACH, JOANNE** <br> STAFFORD SPRINGS <br> TECHNICAL SUPPORT | PP/DP |
| 17 | 100204249 | 01-0181 | **MOREL, SUSAN** <br> EAST GRANBY <br> FACILITY COORINATOR | J-8 |
| 18 | 100221458 | 01-0191 | **FIELDS, GARY P** <br> WINDSOR LOCKS <br> ENGINEER | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **ROBERT N. CHATIGNY**
Event: **3:01CV633 (RNC)**
Description: **MULLIGAN V. MOSSMAN**

Date: **9/14/04**
Time: **8:41 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 19 | 100200414 | 01-0171 | **POST, JUDY A** <br> WILLINGTON <br> COMMERCIAL INSURANCE CSR | |
| 20 | 100186952 | 01-0179 | **DAVIES, CHERYL L** <br> ROCKY HILL <br> ADMINISTRATIVE ASSISTANT | |
| 21 | 100216773 | 01-0183 | **RIMSA, HELEN** <br> ANDOVER <br> NOT EMPLOYED | |
| 22 | 100220588 | 01-0172 | **FOTE, BRIAN** <br> WETHERSFIELD | |
| 23 | 100195799 | 01-0177 | **ALEXANDER, NIKI** <br> SOUTHINGTON <br> PROGRAMMER/ANALYST | |
| 24 | 100232130 | 01-0186 | **FOLGER, PATRICIA J** <br> ELLINGTON <br> SR. MANAGER HUMAN RESOURCES | |
| 25 | 100207112 | 01-0328 | **GILBERT JR, LEE E** <br> PLYMOUTH <br> CUSTOMER SERVICE | |
| 26 | 100217592 | 01-0203 | **REGAN, THOMAS J** <br> GRANBY <br> POWER GENERATION | |
| 27 | 100249481 | 01-0208 | **BROWN, SUSAN C** <br> POMFRET <br> TRAVEL AGENT | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **ROBERT N. CHATIGNY**  
Event: **3:01CV633 (RNC)**  
Description: **MULLIGAN V. MOSSMAN**

Date: **9/14/04**  
Time: **8:41 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 28 | 100218166 | 01-0176 | **YOO, JOYCE E** — EAST HARTFORD — INSURANCE | |
| 29 | 100212665 | 01-0154 | **PAYTON, RICHARD M** — SOUTHINGTON — ENVIRONMENTAL PROTECTION | |
| 30 | 100241797 | 01-0202 | **HEBERT, DORNA G** — FARMINGTON — CONSUMER PROTECTION | |
| 31 | 100192811 | 01-0196 | **ORZECH, MICHAEL R** (zek) — SOUTHINGTON — PRODUCTION MANAGER | |
| 32 | 100195515 | 01-0185 | **LENIHAN, DEBRA M** — GRANBY — ENGINEER | |
| 33 | 100208727 | 01-0173 | **ATKINSON, DAVID E** — MANCHESTER — MECHANICAL ENGINEER | |
| 34 | 100194841 | 01-0193 | **CASEY, WILLIAM E** — GRANBY — IT PURCHASING | |
| 35 | 100236137 | 01-0166 | **NISSLEY, GAIL H** — MARLBOROUGH — SCHOOL SECRETARY | |
| 36 | 100196519 | 01-0206 | **MALLON, DIANA M** — PLAINFIELD — MRI TECHNOLOGIST | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

**Judge's List**

Judge: **ROBERT N. CHATIGNY**  Date: **9/14/04**
Event: **3:01CV633 (RNC)**  Time: **8:41 AM**
Description: **MULLIGAN V. MOSSMAN**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 37 | 100233019 | 01-0189 | **OUELLETTE, JEAN D**<br>EAST HARTFORD<br>MACHINIST | |
| 38 | 100214385 | 01-0167 | **CLARK JR, EDWARD O**<br>TOLLAND<br>REINSURANCE | |
| 39 | 100198674 | 01-0163 | **WITHAM, BETH A**<br>WINDSOR<br>ARTIS GROUP, ACCOUNTANT | |
| 40 | 100210868 | 01-0153 | **BOURQUE, RAY N**<br>TOLLAND<br>OPERATIONS DIRECTOR | |
| 41 | 100209075 | 01-0175 | **WALLACE, CARL J**<br>ROCKY HILL<br>COMMISSIONED SALESMAN | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.