UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE MULLIGAN | : | |
| | : | |
| VS. | : | NO. 3:01CV633(RNC)(DFM) |
| | : | |
| SHERRI LYNORE MOSSMAN, | : | |
| EXECUTRIX, ET AL. | : | SEPTEMBER 13, 2004 |

# A P P E A R A N C E

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the plaintiff,

    GEORGE MULLIGAN.

                                          _____
                                          Joseph M. Merly
                                          Williams and Pattis, LLC
                                          51 Elm Street, Suite 409
                                          New Haven, CT 06510
                                          203.562.9931
                                          FAX: 203.776.9494
                                          Federal Bar No. ct21266
                                          His Attorney

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on September 14, 2004, to the following counsel of record:

Attorney Richard J. Buturla
Attorney Warren L. Holcomb
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460

_____
Joseph M. Merly