AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

FILED

Plaintiff's Exhibit List

George Mulligan
V.
Sherri Lynore Mossman, et al.,

Case Number: 3:01CV633(RNC)

| PRESIDING JUDGE<br>Chatigny | | | PLAINTIFF'S ATTORNEY<br>Joseph M. Merly | | DEFENDANT'S ATTORNEY<br>William Holcolm |
|---|---|---|---|---|---|
| TRIAL DATE (S) | | | COURT REPORTER<br>D. Warner | | COURTROOM DEPUTY<br>L. Kunofsky |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| A | | 9-20-04 | | ✓ | Police Report dtd 12-14-98 |
| B | | 9-20-04 | | ✓ | Letter dtd 12-14-98 from Mulligan to Burkhart |
| C | | " | | ✓ | Misdemeanor ticket/Summons |
| D | | " | | ✓ | Attorney Retainer letter |
| E | | " | | ✓ | States Response to request for production |
| F | | " | | ✓ | States Response to Motion for Bill of Particulars |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages