AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**FILED**
2004 SEP 21 P 4:08
DISTRICT COURT

Defendant's Witness List

George Mulligan
V.
Sherri Lynore Mossman, et al.,

Case Number: 3:01CV633(RNC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chatigny | Joseph M. Merly | William Holcolm |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|  | D. Warner | L. Kunofsky |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 9-20-04 |  |  | Mark Barnhart, Stratford, Ct. |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages