AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

George Mulligan
V.
Sherri Lynore Mossman, et al.,

*FILED Court Exhibits 2004 SEP 21 P 4:08 U.S. DISTRICT COURT*

Case Number: 3:01CV633(RNC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chatigny | Joseph M. Merly | William Holcolm |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|  | D. Warner | L. Kunofsky |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 9-21-04 |  |  | Note from jury |
| 2 |  | " |  |  | Copy of Charge |
| 3 |  | " |  |  | Note from jury |
| 4 |  | " |  |  | Note from jury |
| 5 |  | " |  |  | Note from jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages