UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT HARTFORD
Sept 21 2004
Kevin F. Rowe, Clerk
By: _____
Deputy Clerk

GEORGE MULLIGAN,

    Plaintiff,

v.

    Case No. 3:01CV633 (RNC)

SHERRI LYNORE MOSSMAN,
EXECUTRIX, ET AL.,

    Defendants.

## VERDICT FORM

We the Jury unanimously find as follows:

1. Has the plaintiff proven by a preponderance of the evidence that Chief Mossman deprived him of his Fourth Amendment right not to be arrested or prosecuted without probable cause?

   _____ Yes      __X__ No

If your answer is "No," you have completed your deliberations.
If your answer is "Yes," please go on to the next question.

2. Has the plaintiff proven by a preponderance of the evidence that Chief Mossman caused him to be maliciously prosecuted in violation of state law?

   _____ Yes      _____ No

3. Has the plaintiff proven by a preponderance of the evidence that he has suffered damages caused by Chief Mossman's violation of his rights?

   _____ Yes      _____ No

4. If your answer to question 3 is "Yes," what amount of compensatory damages do you award?

   _____