UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE MULLIGAN, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.  3:01CV633(RNC) |
| : | |
| SHERRI LYNORE MOSSMAN, : | |
| EXECUTRIX, : | |
| : | |
| Defendant. : | |

## JUDGMENT

This action came before the Court for a trial by jury before the Honorable Robert N. Chatigny, United States District Judge presiding, and the issues having been duly tried and the jury having rendered its verdict in favor of the defendant, it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 22nd day of September 2004.

KEVIN F. ROWE, Clerk

By     /s/lik
    Linda I. Kunofsky
    Deputy Clerk

EOD _____