**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

Mary Wiggins
DEPUTY-IN-CHARGE
HARTFORD

September 22, 2004

Warren L. Holcomb
Berchem, Moses & Devlin, P.C.
75 Broad St.
Milford, CT 06460

    Re: Case Name: Mulligan b. Mossman
        Number: ~~3:03CV633(RNC)~~  01CV633(RNC)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed are the following exhibits:

    Defendant's exhibits one and two

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

        Sincerely,

        Kevin F. Rowe, Clerk

        BY *[signature]*
        Linda I. Kunofsky
        Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____