## UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

Mary Wiggins
DEPUTY-IN-CHARGE
HARTFORD

September 22, 2004

Joseph M. Merly
Williams & Pattis
51 Elm St.
Ste. 409
New Haven, CT 06510

      Re: Case Name: Mulligan v. Mossman
           Number: 3:01CV633(RNC)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed are the following exhibits:

      Plaintiff's exhibits A through F

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                        Sincerely,

                        Kevin F. Rowe, Clerk

                    BY: _____
                        Linda I. Kunofsky
                        Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____