UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE MULLIGAN | : | |
| | : | |
| VS. | : | NO. 3:01CV633(RNC) |
| | : | |
| CHIEF ROBERT E. MOSSMAN, | : | |
| SGT LOSCHIAVO, OFFICER | : | |
| CAPOZZI AND CORPORAL EVANS | : | OCTOBER 12, 2004 |

**MOTION TO WITHDRAW APPEARANCES**

Pursuant to Rule 15 of the Local Civil Rules of this Court, the undersigned respectfully moves to withdraw his appearance and the appearances of Timothy Mahoney and Joseph Merly and all attorneys associated with the firm of Williams and Pattis, LLC, on behalf of the plaintiff on the ground that the attorney-client relationship has broken down and the plaintiff has expressly instructed the undersigned to withdraw all such appearances so he can appear herein *pro se*.

The last known address of the plaintiff is 429 Housatonic Avenue, Stratford, CT 06615.

A notice of this proposed withdrawal and of the potential consequences thereof has been mailed to the plaintiff at the above address and a copy thereof is attached hereto as *Exhibit A*.

Respectfully submitted:

_____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com


CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorneys Richard Buturla and Warren Holcomb at Berchem, Moses & Devlin, P.C., 75 Broad Street, Milford, CT 06460; and to the plaintiff at the address noted above via certified mail, return receipt requested.


_____
JOHN R. WILLIAMS

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE MULLIGAN | : | |
| | : | |
| VS. | : | NO. 3:01CV633(RNC) |
| | : | |
| CHIEF ROBERT E. MOSSMAN, | : | |
| SGT LOSCHIAVO, OFFICER | : | |
| CAPOZZI AND CORPORAL EVANS | : | OCTOBER 12, 2004 |

**NOTICE OF MOTION TO WITHDRAW APPEARANCE**

TO:

Mr. George Mulligan
429 Housatonic Avenue
Stratford, CT 06615

The undersigned is filing a motion which seeks the court's permission to no longer represent you in the above captioned case. This motion is filed on behalf of the undersigned, and on behalf of Attorney Timothy Mahoney and Attorney Joseph Merly and all attorneys associated with the firm of Williams and Pattis, LLC.

If you wish to be heard, you should contact the clerk's office at 450 Main Street, Hartford, Connecticut.

You may file with the clerk, in writing, your position with respect to the motion.

If the motion to withdraw is granted, you should either obtain another attorney or file an appearance on your own behalf with the court.

If you do neither, you will not receive notice of court proceedings in this case and a nonsuit or default judgment may be rendered against you.

_____
JOHN R. WILLIAMS
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
Email: jrw@johnrwilliams.com