FORM 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2004 OCT 19 P 3:08
U.S. DISTRICT COURT
[illegible]

MULLIGAN
v.
_____

CIVIL CASE NO.
3:01-CV-00633-RNC

Amended
### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), _George Edward Mulligan_ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order):
This Action came before the Court for A trial by Jury before The Honorable Robert N. Chatigny United States District Judge Presiding, And the issues having been duly tried And The Jury having rendered its verdict in favor of the defendant, it is therefore ORDERED, ADJUDGED, + Decreed that The Judgement be and is hereby entered in favor of The Defendant. Dated at Hartford CT, This 22nd day of September 2004

2. The Judgment /Order in this action was entered on _Sept 22, 2004_.
(date)

_George Edward Mulligan_
Signature

George Edward Mulligan
Print Name

429 Housatonic Avenue
Stratford CT 06615-6025
Address

Date: October 19, 2004

(203) 378-1888
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).