

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE MULLIGAN | : |
| VS. | : NO. 3:01CV633(RNC) |
| CHIEF ROBERT E. MOSSMAN, SGT LOSCHIAVO, OFFICER CAPOZZI AND CORPORAL EVANS | : OCTOBER 12, 2004 |

## MOTION TO WITHDRAW APPEARANCES

Pursuant to Rule 15 of the Local Civil Rules of this Court, the undersigned respectfully moves to withdraw his appearance and the appearances of Timothy Mahoney and Joseph Merly and all attorneys associated with the firm of Williams and Pattis, LLC, on behalf of the plaintiff on the ground that the attorney-client relationship has broken down and the plaintiff has expressly instructed the undersigned to withdraw all such appearances so he can appear herein *pro se*.

The last known address of the plaintiff is 429 Housatonic Avenue, Stratford, CT 06615.

A notice of this proposed withdrawal and of the potential consequences thereof has been mailed to the plaintiff at the above address and a copy thereof is attached hereto as *Exhibit A*.